| | |
|---|---|
| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER<br><br>June D. Coleman - 191890<br>Brandon L. Reeves - 242897<br>Ellis, Coleman, Poirier, LaVoie<br>& Steinheimer, LLP<br>555 University Avenue, Suite 200 East<br>Sacramento, CA 95825<br>ATTORNEYS FOR: Defendant CAPTITAL MANAGEMENT SERVICES, INC. | |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PERRY,<br><br>　　　　　　　　　　Plaintiff(s),<br>　　v.<br>CAPITAL MANAGEMENT SERVICES, INC.,<br><br>　　　　　　　　　　Defendant(s) | CASE NUMBER<br><br>ED CV 09-01521 VAP (OPx)<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for   Defendant CAPITAL MANAGEMENT SERVICES, INC.
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**　　　　　　　　　　　　　　　　　　　　　　　**CONNECTION**
(List the names of all such parties and identify their connection and interest.)

CAPITAL MANAGEMENT SERVICES, INC.　　　　　　　　　　Defendant


October 30, 2009　　　　　　　　　　　　[signature]
Date　　　　　　　　　　　　　　　　　　Sign
　　　　　　　　　　　　　　　　　　　　Brandon L. Reeves

Attorney of record for or party appearing in pro per
Defendant CAPITAL MANAGEMENT SERVICES, INC.

CV-30 (12/03)　　　　　　　　　　**NOTICE OF INTERESTED PARTIES**　　　　　　　　　　CCDCV30

# CERTIFICATE OF SERVICE

I, Bonnie Currie, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On October 30, 2009, I served the following document(s) on the parties in the within action:

### NOTICE OF INTERESTED PARTIES

| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
|---|---|

| | |
|---|---|
| Ryan Lee<br>Krohn & Moss, Ltd.<br>10474 Santa Monica Boulevard<br>Suite 401<br>Los Angeles, CA 90025 | Attorneys for<br>Plaintiff John Perry |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on October 30, 2009.

By _____
Bonnie Currie